UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FLORENCE ALVAREZ,<br><br>     Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Commissioner of the Social Security Administration,<br><br>     Defendant. | Case No. EDCV 13-1391 JFW (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

1   **IT IS ORDERED** that Judgment shall be entered dismissing this
2   action with prejudice for failure to prosecute and comply with
3   Court orders.

5   **IT IS FURTHER ORDERED** that the Clerk serve copies of this
6   Order and the Judgment herein on Plaintiff at his current address
7   of record.

9   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

11  DATED:  August 21, 2014

                                    _____
                                    JOHN F. WALTER
                                    UNITED STATES DISTRICT JUDGE

2