**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FLORENCE ALVAREZ, | Case No. EDCV 13-1391 JFW (SS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CAROLYN W. COLVIN, Commissioner of the Social Security Administration, | |
| Defendant. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the above-captioned action is dismissed with prejudice.

DATED: August 21, 2014

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE